

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00083-CR

_____


THOMAS EVERETT NIX, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 88-0275X



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Thomas Everett Nix has filed a notice of appeal from the trial court's denial of his motion for judgment nunc pro tunc.

The right to appeal in a criminal case is a substantive right determined solely within the province of the Legislature. *Lyon v. State*, 872 S.W.2d 732, 734 (Tex. Crim. App. 1994). "A defendant in any criminal action has the right of appeal under the rules hereinafter prescribed." TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006). Generally, a criminal defendant may only appeal from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). "The courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Ahmad v. State*, 158 S.W.3d 525, 526 (Tex. App.—Fort Worth 2004, pet. ref'd).

We do not have jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc. *See generally State v. Ross*, 953 S.W.2d 748, 751–52 (Tex. Crim. App. 1997); *Sanchez v. State*, 112 S.W.3d 311 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. dism'd); *Allen v. State*, 20 S.W.3d 164, 165 (Tex. App.—Texarkana 2000, no pet.).

We dismiss for want of jurisdiction.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 30, 2011
Date Decided:       July 1, 2011

Do Not Publish